ACCO,(DFMx),CLOSED,DISCOVERY,MANADR,TRANSFERRED

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Southern Division – Santa Ana)
## CIVIL DOCKET FOR CASE #: 8:24−cv−02810−FWS−DFM

| | |
|---|---|
| Susan Gehringer v. Ancestry.com Operations Inc et al | Date Filed: 12/30/2024 |
| Assigned to: Judge Fred W. Slaughter | Date Terminated: 07/14/2025 |
| Referred to: Magistrate Judge Douglas F. McCormick | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity−(Citizenship) | Nature of Suit: 380 Personal Property: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Susan Gehringer**  
*on behalf of*  
herself and all others similarly situated

represented by **Andrew Gerald Gunem**  
Strauss Borrelli PLLC  
980 N Michigan Ave., Suite 1610  
Chicago, IL 60611  
872−263−1100  
Fax: 872−263−1109  
Email: agunem@straussborrelli.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Evan Chase Ghaffari**  
Morgan and Morgan LLP  
633 West 5th Street, Suite 2200  
Los Angeles, CA 90071  
213−787−8589  
Fax: 213−418−3982  
Email: eghaffari@forthepeople.com  
*ATTORNEY TO BE NOTICED*

**Marie Noel Appel**  
Morgan and Morgan  
Complex Litigation Group  
711 Van Ness Avenue  
San Francisco, CA 94102  
415−358−7155  
Fax: 415−358−2037  
Email: mappel@forthepeople.com  
*TERMINATED: 06/16/2025*

**Michael F Ram**  
Morgan and Morgan  
Complex Litigation Group  
711 Van Ness Avenue Suite 500  
San Francisco, CA 94102  
415−358−6913  
Fax: 415−358−6293  
Email: MRam@forthepeople.com  
*ATTORNEY TO BE NOTICED*

**Raina C. Borrelli**  
Strauss Borrelli PLLC

980 North Michigan Avenue, Suite 1610
Chicago, IL 60611
872−263−1100
Fax: 872−263−1109
Email: raina@straussborrelli.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel J. Strauss**
Strauss Borrelli PLLC
980 North Michigan Avenue, Suite 1610
Chicago, IL 60611
872−263−1100
Fax: 872−263−1109
Email: sam@straussborrelli.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Danielle Arnold**                    represented by   **Andrew Gerald Gunem**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Xander Luciano**                     represented by   **Andrew Gerald Gunem**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*


V.

**Defendant**

**Ancestry.com Operations Inc**        represented by   **Cristina Aide Henriquez**
*a Virginia Corporation*                                Quinn Emanuel Urquhart and Sullivan LLP
                                                        865 S. Figueroa Street, 10th Floor
                                                        Los Angeles, CA 90017
                                                        213−443−3000
                                                        Fax: 213−443−3100
                                                        Email: cristinahenriquez@quinnemanuel.com
                                                        *ATTORNEY TO BE NOTICED*

                                                        **John Wall Baumann**
                                                        Quinn Emanuel Urquhart and Sullivan LLP
                                                        865 South Figueroa Street 10th Floor
                                                        Los Angeles, CA 90017
                                                        213−443−3000
                                                        Fax: 213−443−3100
                                                        Email: jackbaumann@quinnemanuel.com
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Kiel Brunetti Ireland**
                                                        Quinn Emanuel Urquhart & Sullivan, LLP
                                                        865 Soouth Figueroa Street, 10th Floor

Los Angeles, CA 90017
213–443–3000
Fax: 213–443–3100
Email: kielireland@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Shon Morgan**
Quinn Emanuel Urquhart and Sullivan LLP
865 South Figueroa Street 10th Floor
Los Angeles, CA 90017–2543
213–443–3000
Fax: 213–443–3100
Email: shonmorgan@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Ancestry.com Inc**<br>*a Delaware Corporation* | represented by | **Cristina Aide Henriquez**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**John Wall Baumann**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Kiel Brunetti Ireland**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Shon Morgan**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Ancestry.com LLC**<br>*a Delaware limited liability company* | represented by | **Cristina Aide Henriquez**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**John Wall Baumann**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Kiel Brunetti Ireland**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Shon Morgan**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

Email All AttorneysEmail All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 12/30/2024 | 1 | COMPLAINT Receipt No: ACACDC−38834199 − Fee: $405, filed by Plaintiff Susan Gehringer. (Attorney Andrew Gerald Gunem added to party Susan Gehringer(pty:pla))(Gunem, Andrew) (Entered: 12/30/2024) |
| 12/30/2024 | 2 | CIVIL COVER SHEET filed by Plaintiff Susan Gehringer. (Gunem, Andrew) (Entered: 12/30/2024) |
| 12/30/2024 | 3 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff Susan Gehringer. (Attachments: # 1 Exhibit (Summons to Ancestry.com LLC), # 2 Exhibit (Summons to Ancestry.com Operations Inc))(Gunem, Andrew) (Entered: 12/30/2024) |
| 01/03/2025 | 4 | NOTICE OF ASSIGNMENT to District Judge Fred W. Slaughter and Magistrate Judge Douglas F. McCormick. (sh) (Entered: 01/03/2025) |
| 01/03/2025 | 5 | NOTICE TO PARTIES OF COURT−DIRECTED ADR PROGRAM filed. (sh) (Entered: 01/03/2025) |
| 01/03/2025 | 6 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (sh) (Entered: 01/03/2025) |
| 01/03/2025 | 7 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendants Ancestry.com Inc, Ancestry.com LLC, Ancestry.com Operations Inc. (Attachments: # 1 Ancestry.com LLC, # 2 Ancestry.com Operations Inc) (sh) (Entered: 01/03/2025) |
| 01/03/2025 | 8 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non−Resident Attorney Sam Strauss. A document recently filed in this case lists you as an out−of−state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G−64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (sh) (Entered: 01/03/2025) |
| 01/03/2025 | 9 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non−Resident Attorney Raina Borelli. A document recently filed in this case lists you as an out−of−state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G−64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (sh) (Entered: 01/03/2025) |
| 01/03/2025 | 10 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non−Resident Attorney Benjamin R. Osborn. A document recently filed in this case lists you as an out−of−state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G−64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (sh) (Entered: 01/03/2025) |
| 01/03/2025 | 11 | CIVIL STANDING ORDER by Judge Fred W. Slaughter. (mku) (Entered: 01/03/2025) |
| 01/17/2025 | 12 | |

| | | |
|---|---|---|
| | | APPLICATION of Non–Resident Attorney Samuel J. Strauss to Appear Pro Hac Vice on behalf of Plaintiff Susan Gehringer (Pro Hac Vice Fee – $500 Fee Paid, Receipt No. ACACDC–38931520) filed by Plaintiff Susan Gehringer. (Attachments: # 1 Exhibit Certificate of Good Standing – Illinois, # 2 Exhibit Certificate of Good Standing – Washington, # 3 Exhibit Certificate of Good Standing – Wisconsin, # 4 Proposed Order) (Attorney Evan Chase Ghaffari added to party Susan Gehringer(pty:pla)) (Ghaffari, Evan) (Entered: 01/17/2025) |
| 01/17/2025 | 13 | WAIVER OF SERVICE Returned Executed filed by Plaintiff Susan Gehringer. upon Ancestry.com Inc waiver sent by Plaintiff on 1/6/2025, answer due 3/7/2025; Ancestry.com LLC waiver sent by Plaintiff on 1/6/2025, answer due 3/7/2025; Ancestry.com Operations Inc waiver sent by Plaintiff on 1/6/2025, answer due 3/7/2025. Waiver of Service signed by Jack Baumann, Counsel for Defendants. (Gunem, Andrew) (Entered: 01/17/2025) |
| 01/22/2025 | 14 | ORDER by Judge Fred W. Slaughter: Granting 12 Non–Resident Attorney Samuel J. Strauss APPLICATION to Appear Pro Hac Vice on behalf of Susan Gehringer, designating Evan Ghaffari as local counsel. (twdb) (Entered: 01/22/2025) |
| 01/23/2025 | 15 | APPLICATION of Non–Resident Attorney Raina C. Borrelli to Appear Pro Hac Vice on behalf of Plaintiff Susan Gehringer (Pro Hac Vice Fee – $500 Fee Paid, Receipt No. ACACDC–38967498) filed by Plaintiff Susan Gehringer. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Proposed Order) (Ghaffari, Evan) (Entered: 01/23/2025) |
| 01/24/2025 | 16 | TEXT ONLY ORDER GRANTING APPLICATION of Non–Resident Attorney Raina C. Borrelli to Appear Pro Hac Vice on behalf of Plaintiff Susan Gehringer 15 pursuant to the Courts directive. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (mku) TEXT ONLY ENTRY (Entered: 01/24/2025) |
| 03/04/2025 | 17 | Joint STIPULATION Extending Time to Answer the complaint as to Ancestry.com Operations Inc answer now due 4/7/2025; Ancestry.com LLC answer now due 4/7/2025; Ancestry.com Inc answer now due 4/7/2025, re Complaint (Attorney Civil Case Opening) 1 filed by defendants Ancestry.com Operations Inc; Ancestry.com LLC; Ancestry.com Inc.(Attorney Shon Morgan added to party Ancestry.com Operations Inc(pty:dft), Attorney Shon Morgan added to party Ancestry.com Inc(pty:dft), Attorney Shon Morgan added to party Ancestry.com LLC(pty:dft))(Morgan, Shon) (Entered: 03/04/2025) |
| 03/04/2025 | 18 | *NOTICE and* CERTIFICATE of Interested Parties filed by defendants Ancestry.com Operations Inc, Ancestry.com Inc, Ancestry.com LLC, identifying Ancestry US Holdings Inc. and Ancestry.com Holdings LLC. (Morgan, Shon) (Entered: 03/04/2025) |
| 04/02/2025 | 19 | First AMENDED COMPLAINT against Defendants Ancestry.com Inc, Ancestry.com LLC, Ancestry.com Operations Inc amending Complaint (Attorney Civil Case Opening) 1 , filed by Plaintiffs Danielle Arnold, Xander Luciano(Attorney Andrew Gerald Gunem added to party Danielle Arnold(pty:pla), Attorney Andrew Gerald Gunem added to party Xander Luciano(pty:pla))(Gunem, Andrew) (Entered: 04/02/2025) |
| 04/11/2025 | 20 | STIPULATION for Order Setting Briefing Schedule filed by Defendants Ancestry.com Inc, Ancestry.com LLC, Ancestry.com Operations Inc. (Attachments: # 1 Proposed Order)(Morgan, Shon) (Entered: 04/11/2025) |
| 04/14/2025 | 21 | ORDER RE STIPULATION SETTING BRIEFING SCHEDULE OF ANCESTRY'S MOTION TO TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA OR, IN THE ALTERNATIVE, TO DISMISS by Judge Fred W. Slaughter 20 . NOTE: CHANGES MADE BY COURT. Defendants shall file their anticipated Motion to Transfer to the Northern District of California or, in the Alternative, to Dismiss (Motion) on or before April 16, 2025. SEE DOCUMENT FOR FURTHER INFORMATION. The in–person hearing on the Motion is scheduled for June 26, 2025, at 10:00 a.m., in Courtroom 10D. (twdb) (Entered: 04/14/2025) |

| | | |
|---|---|---|
| 04/16/2025 | 22 | NOTICE OF MOTION AND MOTION to Transfer Case to Northern District of California , NOTICE OF MOTION AND MOTION to Dismiss Case filed by Defendants Ancestry.com Inc, Ancestry.com LLC, Ancestry.com Operations Inc. Motion set for hearing on 6/26/2025 at 10:00 AM before Judge Fred W. Slaughter. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Declaration of Todd Godfrey, # 4 Proposed Order) (Morgan, Shon) (Entered: 04/16/2025) |
| 04/16/2025 | 23 | ORDER SETTING RULE 26(f) SCHEDULING CONFERENCE by Judge Fred W. Slaughter: Scheduling Conference is set for 7/10/2025 at 9:00 a.m. **Counsel shall review full Order for details.** (rrp) (Entered: 04/16/2025) |
| 04/16/2025 | 24 | NOTICE of Appearance filed by attorney John Wall Baumann on behalf of Defendants Ancestry.com Inc, Ancestry.com LLC, Ancestry.com Operations Inc (Attorney John Wall Baumann added to party Ancestry.com Inc(pty:dft), Attorney John Wall Baumann added to party Ancestry.com LLC(pty:dft), Attorney John Wall Baumann added to party Ancestry.com Operations Inc(pty:dft))(Baumann, John) (Entered: 04/16/2025) |
| 04/16/2025 | 25 | NOTICE of Appearance filed by attorney Cristina Aide Henriquez on behalf of Defendants Ancestry.com Inc, Ancestry.com LLC, Ancestry.com Operations Inc (Attorney Cristina Aide Henriquez added to party Ancestry.com Inc(pty:dft), Attorney Cristina Aide Henriquez added to party Ancestry.com LLC(pty:dft), Attorney Cristina Aide Henriquez added to party Ancestry.com Operations Inc(pty:dft))(Henriquez, Cristina) (Entered: 04/16/2025) |
| 04/16/2025 | 26 | NOTICE of Appearance filed by attorney Kiel Brunetti Ireland on behalf of Defendants Ancestry.com Inc, Ancestry.com LLC, Ancestry.com Operations Inc (Attorney Kiel Brunetti Ireland added to party Ancestry.com Inc(pty:dft), Attorney Kiel Brunetti Ireland added to party Ancestry.com LLC(pty:dft), Attorney Kiel Brunetti Ireland added to party Ancestry.com Operations Inc(pty:dft))(Ireland, Kiel) (Entered: 04/16/2025) |
| 05/15/2025 | 27 | OPPOSITION to NOTICE OF MOTION AND MOTION to Transfer Case to Northern District of California NOTICE OF MOTION AND MOTION to Dismiss Case 22 filed by Plaintiffs Danielle Arnold, Xander Luciano. (Gunem, Andrew) (Entered: 05/15/2025) |
| 06/04/2025 | 28 | REPLY in support of NOTICE OF MOTION AND MOTION to Transfer Case to Northern District of California NOTICE OF MOTION AND MOTION to Dismiss Case 22 filed by Defendants Ancestry.com Inc, Ancestry.com LLC, Ancestry.com Operations Inc. (Morgan, Shon) (Entered: 06/04/2025) |
| 06/11/2025 | 29 | Joint STIPULATION to Continue Rule 26(f) Conference from July 10, 2025 to July 17, 2025 filed by defendants Ancestry.com Inc, Ancestry.com LLC, Ancestry.com Operations Inc. (Attachments: # 1 Proposed Order, # 2 Declaration of Shon Morgan)(Morgan, Shon) (Entered: 06/11/2025) |
| 06/12/2025 | 30 | ORDER RE STIPULATION FOR CONTINUANCE OF RULE 26(F) SCHEDULING CONFERENCE by Judge Fred W. Slaughter 29 . NOTE: CHANGES MADE BY COURT. ( Scheduling Conference CONTINUED to 7/17/2025 at 09:00 AM before Judge Fred W. Slaughter.) SEE DOCUMENT FOR FURTHER INFORMATION. (twdb) (Entered: 06/13/2025) |
| 06/13/2025 | 31 | STIPULATION to Continue Hearing on Defendants Motion to Transfer or, in the Alternative, to Dismiss from June 26, 2025 to July 17, 2025 filed by Plaintiffs Danielle Arnold, Xander Luciano. (Attachments: # 1 Proposed Order)(Gunem, Andrew) (Entered: 06/13/2025) |
| 06/13/2025 | 32 | Corrected STIPULATION to Continue Hearing on Defendants Motion to Transfer or, in the Alternative, to Dismiss from June 26, 2025 to July 17, 2025 Re: Stipulation to Continue 31 filed by Plaintiffs Danielle Arnold, Xander Luciano. (Attachments: # 1 Proposed Order)(Gunem, Andrew) (Entered: 06/13/2025) |
| 06/13/2025 | 33 | DECLARATION of Raina C. Borrelli re Stipulation to Continue, 32 filed by Plaintiffs Danielle Arnold, Xander Luciano. (Gunem, Andrew) (Entered: 06/13/2025) |

| | | |
|---|---|---|
| 06/16/2025 | 34 | Notice of Appearance or Withdrawal of Counsel: for attorney Marie Noel Appel counsel for Plaintiff Susan Gehringer. Marie Noel Appel is no longer counsel of record for the aforementioned party in this case for the reason indicated in the G−123 Notice. Filed by Plaintiff Susan Gehringer. (Appel, Marie) (Entered: 06/16/2025) |
| 06/16/2025 | 35 | ORDER RE STIPULATION TO CONTINUE HEARING ON DEFENDANTS MOTION TO TRANSFER OR, IN THE ALTERNATIVE, TO DISMISS by Judge Fred W. Slaughter 32 . The in−person hearing on Defendants' Motion to Transfer to the Northern District of California or, in the Alternative, to Dismiss is CONTINUED from June 26, 2025, at 10:00 a.m. in Courtroom 10D, to July 17, 2025, at 10:00 a.m., in Courtroom 10D. ( Motion hearing continued to 7/17/2025 at 10:00 AM before Judge Fred W. Slaughter.) NOTE: CHANGES MADE BY COURT. (twdb) Modified on 6/17/2025 (twdb). (Entered: 06/17/2025) |
| 07/02/2025 | 36 | JOINT REPORT Rule 26(f) Discovery Plan ; estimated length of trial 7 days, filed by Defendants Ancestry.com Inc, Ancestry.com LLC, Ancestry.com Operations Inc.. (Attachments: # 1 Exhibit A (Schedule Worksheet))(Morgan, Shon) (Entered: 07/02/2025) |
| 07/03/2025 | 37 | MINUTE ORDER IN CHAMBERS by Judge Fred W. Slaughter: SCHEDULING ORDER. The Court, having reviewed the pleadings and the parties' submissions pursuant to Federal Rule of Civil Procedure 26(f), VACATES the Scheduling Conference set for July 17,2025, and sets the following schedule: Final Pretrial Conference set for 8/13/2026 08:30 AM ; Jury Trial set for 9/1/2026 08:00 AM ; Motion in Limine set for hearing on 8/13/2026 at 08:30 AM (SEE DOCUMENT FOR ALL SPECIFIED DEADLINES). (lc) Modified on 7/3/2025 (lc). (Entered: 07/03/2025) |
| 07/03/2025 | 38 | ORDER ON PRETRIAL AND TRIAL PROCEDURES (CIVIL CASES) by Judge Fred W. Slaughter. (lc) (Entered: 07/03/2025) |
| 07/14/2025 | 39 | MINUTES (IN CHAMBERS) by Judge Fred W. Slaughter: ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER 22 . Accordingly, the hearing currently set for July 17, 2025, is VACATED and off calendar. Based on the state of the record, as applied to the applicable law, the court GRANTS the Motion and TRANSFERS this case to the Northern District of California. SEE DOCUMENT FOR FURTHER INFORMATION. Case electronically sent. ( MD JS−6. Case Terminated. ) (twdb) (Entered: 07/14/2025) |