UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUSAN GEHRINGER, et al.,

Plaintiffs,

v.

ANCESTRY.COM OPERATIONS INC, et al.,

Defendants.

Case No. 25-cv-05974-AMO

**ORDER TO SHOW CAUSE**

The scheduling order entered in this action set October 2, 2026 as the deadline for the remaining Plaintiff in this action – Danielle Arnold – to move for class certification. Dkt. No. 61. To date, no such motion has been filed. Accordingly, Plaintiff is hereby **ORDERED TO SHOW CAUSE** why this action should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff shall file a written response to this Order to Show Cause, not to exceed three pages, by no later than October 13, 2026.

**IT IS SO ORDERED.**

Dated: October 8, 2026

ARACELI MARTÍNEZ-OLGUÍN
**United States District Judge**

United States District Court
Northern District of California